[No. 20687–7–I.   Division One.   December 19, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY
WEBB, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 87–1–00527–1, Liem E. Tuai, J., entered July
16, 1987. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Williams and Grosse, JJ.

[No. 20832–2–I.   Division One.   December 19, 1988.]

ELLING HALVORSON, ET AL, *Appellants,* v. DECRATION
PRODUCTS, INC., *Defendant,* GENE CROSBY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 84–2–01952–1, John F. Wilson, J.,
entered May 15, 1987. *Affirmed in part* and *reversed in
part* by unpublished opinion per Williams, J. Pro Tem.,
concurred in by Swanson and Thompson, JJ.

[No. 20486–6–I.   Division One.   December 19, 1988.]

*In the Matter of the Welfare of* B.

BONNIE BILLUPS, *Appellant,* v. THE STATE OF WASHINGTON,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 84–7–00583–0, Herbert M. Stephens, J.,
entered June 22, 1987. *Affirmed* by unpublished opinion
per Pekelis, J., concurred in by Swanson and Winsor, JJ.